UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| THOMAS VONNEEDO, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:17-CV-183 NAB |
| RYAN DENNIS, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to voluntarily dismiss this action. The Court notes that this action has heretofore been stayed and administratively closed pursuant to *Wallace v. Kato*, 549 U.S. 384 (2007), during the pendency of plaintiff's state criminal proceedings. Given that plaintiff wishes to dismiss his action altogether, the Court will reopen the present matter for the purposes of effectuating plaintiff's voluntary dismissal.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **REOPENED for the sole purpose of effectuating plaintiff's voluntary dismissal.**

**IT IS FURTHER ORDERED** that plaintiff's motion for voluntary dismissal of the present action [Doc. #8] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Dated this 6th day of March, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE